In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00160-CV

_____

**GULF COAST PRECISION DRYWALL, INC., JOE CONNELL AND SUSAN CONNELL, Appellants**

**V.**

**ROBERT L. GORDON JR., Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-05-05923-CV**

**ORDER**

Appellants, Joe Connell and Susan Connell, filed a suggestion of bankruptcy. *See* Tex. R. App. P. 8.1. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ABATED June 14, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

1